**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TYHLAN DEES, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    Case No. 4:20-cv-01791-SEP |
| | ) |
| IRON MOUNTAIN, INC., | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order issued this day,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment, Doc. [25], is **GRANTED**.

Dated this 30th day of September, 2022.

_Sarah E. Pitlyk_
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE